[No. 19045–8–I.   Division One.   December 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES DEAN BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–01121–4, Dennis J. Britt, J., entered July 24, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 19713–4–I.   Division One.   December 28, 1987.]

*In the Matter of* GARY LEE MINNIX.

Appeal from a judgment of the Superior Court for King County, No. 86–6–00993–5, Jim Bates, J., entered May 15, 1986. *Reversed* by unpublished per curiam opinion.

[No. 18490–3–I.   Division One.   December 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JON STEVEN WIRKUS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03923–4, James A. Noe, J., entered April 29, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 19049–1–I.   Division One.   December 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WESLEY A. LENON, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–1–00247–5, Marshall Forrest, J., entered August 14, 1986. *Dismissed* by unpublished per curiam opinion.